# IN THE SUPREME COURT OF THE STATE OF NEVADA

TULY LEPOLO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE MICHAEL
VILLANI, DISTRICT JUDGE; AND THE
HONORABLE DAVID BARKER,
SENIOR JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83291

FILED

AUG 1 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court oral decisions denying a motion for bail and a renewed motion for bail.

It is petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). As part of petitioner's burden, it was his obligation to provide an appendix that includes all records essential to understand the issues raised in the petition. *See* NRAP 21(a)(4); *Pan*, 120 Nev. at 228-29, 88 P.3d at 844. This obligation included, at a minimum, contacting real party in interest and the district court to facilitate preparation of the court's order and, if such an order was not promptly forthcoming, proposing his own order for the district court's review. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a written order is essential to this court's review). Petitioner does not, however, argue

or demonstrate that he made any such attempt to do so, instead merely indicating that no written order was entered. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                              Cadish

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. David Barker, Senior Judge
       Hon. Michael Villani, District Judge
       Special Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk